IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBS BUSINESS SOLUTIONS USA, INC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STUDEBAKER DEFENSE GROUP, LLC, GLENN HILL, TOM MARX and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 5:22-cv-0758 JGB (KKx)<br><br>Hon. Jesus G. Bernal<br><br>**JUDGMENT ONE RE: CONVERSION, VIOLATION OF PENAL CODE SECTION 496, INTENTIONAL MISREPRESENTATION, NEGLIGENT MISREPRESENTATION, FALSE PROMISE AND CONCEALMENT** |

# JUDGMENT

The trial of this action began on October 29, 2024, in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal, presiding. Plaintiff TBS Business Solutions USA, Inc. ("Plaintiff") was represented by attorney Stephen D. Weisskopf of LEVATOLAW, LLP. Defendants Studebaker Defense Group, LLC, Glenn Hill and Tom Marx ("Defendants") were represented by attorney Jorge Garcia-Menocal of GARCIA-MENOCAL IRIAS & PASTORI, LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing all of the evidence, this Honorable Court duly instructed the jury and the case was submitted to the jury. On November 1, 2024, the jury returned to this Honorable Court with a unanimous verdict in favor of Plaintiff on all its claims against Defendants, and awarded Plaintiff actual damages of $1,157,500 and punitive damages of $2,893,750.

The verdict stated as follows:

## CONVERSION

1(a)   On Plaintiff TBS' claim for conversion against Defendant Studebaker (check only one box below):

   __X__        we find in favor of Plaintiff TBS and against Defendant Studebaker.

   _____        we find in favor of Defendant Studebaker and against Plaintiff TBS.

1(b)   On Plaintiff TBS' claim for conversion against Defendant Glenn Hill (check only one box below):

__X__     we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____     we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

1(c)   On Plaintiff TBS' claim for conversion against Defendant Tom Marx (check only one box below):

__X__     we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____     we find in favor of Defendant Tom Marx and against Plaintiff TBS.

### **VIOLATION OF PENAL CODE SECTION 496**

2(a)   On Plaintiff TBS' claim for violation of Penal Code Section 496 against Defendant Studebaker (check only one box below):

__X__     we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____     we find in favor of Defendant Studebaker and against Plaintiff TBS.

2(b)   On Plaintiff TBS' claim for violation of Penal Code Section 496 against Defendant Glenn Hill (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____   we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

2(c)   On Plaintiff TBS' claim for violation of Penal Code Section 496 against Defendant Tom Marx (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____   we find in favor of Defendant Tom Marx and against Plaintiff TBS.

**INTENTIONAL MISREPRESENTATION**

3(a)   On Plaintiff TBS' claim for intentional misrepresentation against Defendant Studebaker (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____   we find in favor of Defendant Studebaker and against Plaintiff TBS.

3(b)  On Plaintiff TBS' claim for intentional misrepresentation against Defendant Glenn Hill (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____    we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

3(c)  On Plaintiff TBS' claim for intentional misrepresentation against Defendant Tom Marx (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____    we find in favor of Defendant Tom Marx and against Plaintiff TBS.

**NEGLIGENT MISREPRESENTATION**

4(a)  On Plaintiff TBS' claim for negligent misrepresentation against Defendant Studebaker (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____    we find in favor of Defendant Studebaker and against Plaintiff TBS.

4(b)   On Plaintiff TBS' claim for negligent misrepresentation against Defendant Glenn Hill (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____   we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

4(c)   On Plaintiff TBS' claim for negligent misrepresentation against Defendant Tom Marx (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____   we find in favor of Defendant Tom Marx and against Plaintiff TBS

## **FALSE PROMISE**

5(a)   On Plaintiff TBS' claim for false promise against Defendant Studebaker (check only one box below):

__X__   we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____   we find in favor of Defendant Studebaker and against Plaintiff TBS.

5(b) On Plaintiff TBS' claim for false promise against Defendant Glenn Hill (check only one box below):

__X__  we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____  we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

5(c) On Plaintiff TBS' claim for false promise against Defendant Tom Marx (check only one box below):

__X__  we find in favor of Plaintiff TBS and against Defendant Tom Marx

_____  we find in favor of Defendant Tom Marx and against Plaintiff TBS

## CONCEALMENT

6(a) On Plaintiff TBS, claim for concealment against Defendant Studebaker (check only one box below):

__X__  we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____  we find in favor of Defendant Studebaker and against Plaintiff TBS.

6(b) On Plaintiff TBS, claim for concealment against Defendant Glenn Hill (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Glenn Hill.

_____    we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

6(c) On Plaintiff TBS, claim for concealment against Defendant Tom Marx (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____    we find in favor of Defendant Tom Marx and against Plaintiff TBS.

## **PUNITIVE DAMAGES**

7(a) On Plaintiff TBS, remedy for punitive damages against Defendant Studebaker (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Studebaker.

_____    we find in favor of Defendant Studebaker and against Plaintiff TBS.

7(b) On Plaintiff TBS, remedy for punitive damages against Defendant Glenn Hill (check only one box below):

__X__    we find in favor of Plaintiff TBS and against Defendant Glen Hill.

_____    we find in favor of Defendant Glenn Hill and against Plaintiff TBS.

7(c) On Plaintiff TBS, remedy for punitive damages against Defendant Tom Marx (check only one box below):

__X__  we find in favor of Plaintiff TBS and against Defendant Tom Marx.

_____  we find in favor of Defendant Tom Marx and against Plaintiff TBS.

## **DAMAGES**

We award Plaintiff TBS the following actual damages:

$1,157,500

We award Plaintiff TBS the following punitive damages:

$2,893,750

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered on just the claims for Conversion, Violation of Penal Code Section 496, Intentional Misrepresentation, Negligent Misrepresentation, False Promise and Concealment as follows:

Judgment is entered in favor of Plaintiff TBS Business Solutions USA, Inc. and against Defendants Studebaker Defense Group, LLC, Glenn Hill and Tom Marx, jointly and severally, in the amount of $4,051,250.00 on the claims for Conversion, Violation of Penal Code Section 496, Intentional Misrepresentation, Negligent Misrepresentation, False Promise and Concealment.

This judgment is in addition to the judgment stipulated to before trial between the Plaintiff TBS Business Solutions USA, Inc. and Defendant Studebaker Defense Group on the claims for Breach of Contract, Restitution, Money Had and Received

and Account Stated, which is reflected in a concurrently entered judgment by this Court. The two judgments are not cumulative.

Plaintiff TBS Business Solutions USA, Inc. shall also be entitled to post-judgment interest on the entirety of the judgment, which shall accrue from the date of the entry of judgment pursuant to 28 USC § 1961. This judgment shall be amended to reflect the accrual of post-judgment interest.

Plaintiff TBS Business Solutions USA, Inc. shall recover reasonable attorneys' fees and costs in accordance with California Penal Code Section 496(c), Federal Rules of Civil Procedure Rule 54 and United States District Court, Central District of California Local Rule 54, to the extent that entitlement to said attorneys' fees and costs is proven to this Honorable Court. This judgment shall be amended to reflect such award of attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 13, 2024

Honorable Jesus G. Bernal
United States District Court