JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBS BUSINESS SOLUTIONS USA, INC,<br><br>         Plaintiff,<br><br>     vs.<br><br>STUDEBAKER DEFENSE GROUP, LLC, GLENN HILL, TOM MARX and DOES 1 through 10,<br><br>         Defendants. | Case No.: 5:22-cv-0758 JGB (KKx)<br><br>Hon. Jesus G. Bernal<br><br>**JUDGMENT TWO RE: CLAIMS FOR BREACH OF CONTRACT, RESTITUTION, MONEY HAD AND RECEIVED AND ACCOUNT STATED** |

## JUDGMENT

Prior to the beginning of the trial of this action (on October 29, 2024) Plaintiff TBS Business Solutions USA, Inc. ("Plaintiff") and Defendant Studebaker Defense Group, LLC ("Defendant") entered into a stipulated judgment on the record before the Court on Plaintiff's claims for Breach of Contract, Restitution, Money Had and Received and Account Stated in the amount of $2,078,976. Consequently, these claims were not part of the jury trial.

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that final judgment in this action on just the claims for Breach of Contract, Restitution, Money Had and Received and Account Stated be entered as follows:

Judgment is entered in favor of Plaintiff TBS Business Solutions USA, Inc. and against Defendant Studebaker Defense Group, LLC in the amount of $2,078,976 on the claims for Breach of Contract, Restitution, Money Had and Received and Account Stated.

This judgment is in addition to the judgment in favor of Plaintiff TBS Business Solutions USA, Inc. against Defendants Studebaker Defense Group, LLC, Glenn Hill and Tom Marx after a jury trial, which is reflected in a concurrently entered judgment by this Court. The two judgments are not cumulative.

Plaintiff TBS Business Solutions USA, Inc. shall be entitled to prejudgment interest on its contract damages in the amount of $727,641.60 from May 20, 2021 (when Plaintiff demanded a full refund) through the date of entry of judgment at the annual rate of 10%, pursuant to California Civil Code Section 3289(b).

Plaintiff TBS Business Solutions USA, Inc. shall also be entitled to post-judgment interest on the judgment, which shall accrue from the date of the entry of judgment pursuant to 28 USC § 1961. This judgment shall be amended to reflect the accrual of post-judgment interest.

**IT IS SO ORDERED.**

Dated: December 13, 2024

Honorable Jesus G. Bernal
United States District Court

-2-
JUDGMENT